**FILED**

07/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0539



### IN THE SUPREME COURT OF THE STATE OF MONTANA
### Supreme Court Cause No. DA 20-0539

_____

ESTATE OF WILLIAM H. BALTRUSCH,   )
      )   Cause No.:   DV-19-160
       Plaintiff/Appellee,   )            DV-19-172
      )
   vs.   )
      )
LASALLE RANCH, INC.,   )
      )
       Respondent/Appellant.   )

_____

LASALLE RANCH, INC.,   )
      )
       Petitioner/Appellant,   )
      )
   vs.   )
      )
HILL COUNTY JUSTICE COURT,   )
AUDREY BARGER, PRESIDING JUDGE,   )
      )
       Respondent/Appellee   )

_____

### ORDER DISMISSING MATTER WITH PREJUDICE

_____

UPON review of the foregoing Motion to Dismiss by Stipulation and for good cause appearing therefrom;

IT IS HEREBY ORDERED:

1.  That the above captioned matter is dismissed with prejudice.

DATED _____ day of July, 2021

_____
SUPREME COURT OF MONTANA

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 9 2021